# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ BOYD-MALONE and MICHAEL MALONE,<br><br>    Plaintiffs,<br><br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION and Does 1 through 100,<br><br>    Defendants. | Case No. 3:13-cv-02023-WQH-NLS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION**<br><br>Action Filed:  July 26, 2013<br>Removed:       August 29, 2013<br>Trial Date:     None Set |

Pending before the Court is the parties' Joint Motion to Dismiss Action With Prejudice under Federal Rule of Civil Procedure 41(a).  Having reviewed the Joint Motion, and good cause appearing therefore, IT IS HEREBY ORDERED that the Joint Motion is GRANTED, and this action is hereby dismissed WITH PREJUDICE.  Each party shall bear its/her own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  March 6, 2015

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge